UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

In re:   PETER VENTURA          ) Case No. 15-14981-aih
         LISA VENTURA           ) Chapter 13 Proceedings
              Debtor            ) Judge Arthur I. Harris

**TRUSTEE'S NOTICE OF FINAL CURE PAYMENT**

LAUREN A. HELBLING, Chapter 13 Bankruptcy Trustee files notice that the claim described below has been paid in full.

### Claim Information

Creditor: US BANK NA

Proof of Claim number on Bankruptcy Court's Claims Register: 4

Last 4 digits of number used to identify Debtor's account: 5374

### Trustee Payment Information

Prepetition Mortgage Arrearage

    Amount stated on Proof of Claim:   $2,732.90

    Amount paid by Trustee:   $2,732.90

Ongoing Mortgage Payments

   **X** Paid by Trustee through the Chapter 13 Plan

    i. Total paid to date by the Trustee: $52,774.55

    ii. A mortgage payment was mailed by the Trustee on DECEMBER 08, 2021, in the amount of $760.62 for the payment due NOVEMBER 01, 2021.

    iii. A closing letter will be sent to all parties indicating when the debtor(s) should begin making their mortgage payments directly to the mortgage company.

   __ Paid direct by the Debtor

Pursuant to Federal Bankruptcy Rule 3002.1(g), within 21 days of the service of this Notice, the creditor shall file and serve on the Debtor, Debtor's counsel and Trustee a statement (1) indicating whether it agrees that the Debtor has paid in full the amount required to cure the default on the claim, and (2) whether the Debtor is otherwise current on all payments consistent with Section 1322(b)(5) of the Bankruptcy Code. The statement shall itemize the required cure and/or post-petition amounts, if any, that the creditor contends remain unpaid as of the date of the statement.

/S/ Lauren A. Helbling
LAUREN A. HELBLING (#0038934)
Chapter 13 Trustee
200 Public Square, Suite 3860
Cleveland OH 44114-2321
Phone (216) 621-4268    Fax (216) 621-4806
Ch13trustee@ch13cleve.com

## CERTIFICATE OF SERVICE

I certify that on December 15, 2021, a true and correct copy of this Notice of Final Cure Payment was served:

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

    LEE R. KRAVITZ, Esq., on behalf of PETER & LISA VENTURA, Debtor, at leekravitz@sbcglobal.net

And by regular U.S. mail, postage prepaid, on:

    PETER & LISA VENTURA, Debtor(s), at 7565 MALIBU DRIVE, PARMA, OH 44130

    US BANK NA, at c/o RUSHMORE LOAN MANAGEMENT , P O BOX 55004 IRVINE, CA 92619-2708

    /S/ Lauren A. Helbling
    LAUREN A. HELBLING (#0038934)
    Chapter 13 Trustee
    200 Public Square, Suite 3860
    Cleveland OH 44114-2321
    Phone (216) 621-4268    Fax (216) 621-4806
    Ch13trustee@ch13cleve.com